IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

FILED
99 MAR -5 AM 11: 16
U.S. DISTRICT COURT
N.D. OF ALABAMA

ENTERED
MAR 5 1999

| | |
|---|---|
| ED ROBINSON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 99-G-0328-S |
| ) | |
| AMERICAN UNITED LIFE INSURANCE ) | |
| COMPANY, a company doing business in the state ) | |
| of Alabama ) | |
| whose corporate offices are in Indianapolis, ) | |
| Indiana; PHILLIP GLASSLEY, DAYTON ) | |
| MOLENDORP, JOHN BARBRE, and JERRY ) | |
| SEMLER, all residents of the state of Indiana; ) | |
| MIKE FOREHAND, an Alabama resident, ) | |
| ) | |
| Defendants. ) | |
| ********************** ) | |
| AMERICAN UNITED LIFE INSURANCE ) | |
| COMPANY, ) | |
| Counterclaimant, ) | |
| v. ) | |
| ) | |
| ED ROBINSON, ) | |
| Counterdefendant. ) | |

ORDER OF REMAND

This cause came before the court at its regularly scheduled motion docket upon the motion of plaintiff to remand. Having considered the motion, submissions and argument of counsel, and the applicable law, the court is of the opinion that the action was removed improvidently in that complete diversity is lacking. Therefore, the court is without subject matter jurisdiction and the action must be remanded. Accordingly, it is

ORDERED, ADJUDGED and DECREED that the action be and it hereby is REMANDED to the state court from which it was removed.

DONE and ORDERED this 5th day of March 1999.

UNITED STATES DISTRICT JUDGE
J. FOY GUIN, JR.